UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

2004 JAN 29 P 5: 56

| | |
|---|---|
| GTE WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLEXIS INTERNATIONAL, INC. and FREEDOM WIRELESS, INC. <br><br> Defendants. | Civil Action No. 01-CV-10793-RWZ |

### ASSENTED-TO MOTION TO IMPOUND SECOND AFFIDAVIT OF MARSHALL M. SEARCY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE AND SUPPORTING EXHIBITS

Defendants hereby move this Court, pursuant to Local Rule 7.2, to impound the Second Affidavit of Marshall M. Searcy III in Support of Defendants' Opposition to Plaintiff's Motion in Limine and Supporting Exhibits. As grounds for this motion, Defendants state that:

(1) the Affidavit and Supporting Exhibits include documents that Cellco has marked "attorney's eyes only" in the patent litigation; and

(2) Plaintiff GTE Wireless, Inc. assents to the relief requested in this motion.

**WHEREFORE,** Defendants respectfully request that the Court allow their Motion to Impound.

Dated:   January 29, 2004                    Respectfully submitted,

CELLEXIS INTERNATIONAL, INC. and
FREEDOM WIRELESS, INC.

By Their Attorneys,

_____
F. Dennis Saylor, IV (BBO #443710)
Douglas C. Doskocil (BBO #558949)
Benjamin M. Wattenmaker (BBO #644919)
Goodwin, Procter LLP
Exchange Place
Boston, MA  02109-2881
Telephone:   (617) 570-1000
Facsimile:   (617) 523-1231

A. William Urquhart
Marshall M. Searcy III
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(*pro hac vice*)

## CERTIFICATION UNDER LOCAL RULE 7.1

I, Benjamin M. Wattenmaker, hereby certify that, on January 29, 2004, counsel for Defendants conferred in good faith with counsel for Plaintiff, which assents to the relief requested herein.

Dated: January 29, 2004

_____
Benjamin M. Wattenmaker

## CERTIFICATE OF SERVICE

I, Benjamin M. Wattenmaker, hereby certify that, on January 29, 2004, I caused a true copy of the foregoing Assented-to Motion to Impound Second Affidavit of Marshall M. Searcy III in Support of Defendants' Opposition to Plaintiff's Motions in Limine and Supporting Exhibits to be served by overnight courier and facsimile to the attached service list.

Dated: January 29, 2004

_____
Benjamin M. Wattenmaker

LIBA/1352588.1

# SERVICE LIST
## GTE WIRELESS, INC. v. CELLEXIS INTERNATIONAL, INC. AND FREEDOM WIRELESS, INC
### U.S.D.C., C.A. No. 01-CV-10793-RWZ
Page 1

Scott G. Lindvall, Esq.
Darby & Darby, P.C.
805 Third Avenue
New York, NY 10022
Tel. 212-527-7700
Fax: 212-753-6237

Jennifer L. Conrad, Esq.
Douglas J. Kline, Esq.
Testa, Hurwitz & Thibeault
High Street Tower
125 High Street
Boston, MA 02110-3897
Tel: 617-248-7000
Fax: 617-248-7100
**Attorneys for PLAINTIFF, GTE MOBILNET SERVICE CORP., a Delaware Corporation**


Michael G. Helms, Esq.
Jennings, Strouss & Salmon, P.L.C.
7375 East Camino Del Monte
Scottsdale, AZ 85255
Tel: 480-585-3469


F. Dennis Saylor, IV
Douglas C. Doskocil
Benjamin M. Wattenmaker
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: 617-570-1000
Fax: 617-523-1231
**Attorneys for Defendants CELLEXIS INTERNATIONAL, INC., an Arizona Corporation, and FREEDOM WIRELESS INC.**


LIBA/1081568.1


LIBA/1081568.1 01/29/2004 12:51 PM



# CITY OF BOSTON
# LAW DEPARTMENT
City Hall, Room 615
Boston, MA 02201



THOMAS M. MENINO
*Mayor*

MERITA A. HOPKINS
*Corporation Counsel*

January 29, 2004

**BY HAND**
Civil Clerk's Office
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA  02210

    Re:  *Phillip King v. City of Boston*
          Suffolk Superior Court Civil Action 03-5562D

Dear Sir/Madam:

    Enclosed for filing in the above referenced matter, please find the documents obtained from Suffolk Superior Court with respect to Removal of this action.

    Thank you for your attention to this matter.  If you have any further questions, please do not hesitate to contact me.

                            Sincerely,

                            Stephen G. Cox
                            Assistant Corporation Counsel
                            (617) 635-4064

Enclosures
cc:    Phillip King

TEL.: (617) 635-4034 FAX: (617) 635-3199