UNITED STATES OF AMERICA

DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10155 RWZ

PHILLIP KING            )
                        )
        Plaintiff       )
                        )
v.                      )
                        )
CITY OF BOSTON          )
                        )
        Defendant       )

## MOTION FOR SUMMARY JUDGEMENT

Now comes the plaintiff in the above captioned matter and respectfully moves this Honorable Court to GRANT him summary judgement upon all parts thereof.

As reasons therefore, the plaintiff attaches his affidavit and memorandum of law in support thereof.

Respectfully submitted,

Phillip King, pro se

Phillip King, pro se

MCI Shirley Medium

Box 1218

Shirley, MA 01464

March 1, 2004

## CERTIFICATE OF SERVICE

I certify that I have served a true copy of my motion for summary judgement, with affidavit and memorandum, to the defendant and its attorney, at One City Hall Plaza, Boston, Ma 02201, via first class mail, postage paid, this 1st day of March 2004.

Phillip King