UNITED STATES OF AMERICA

DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10156 RWZ

AFFIDAVIT OF PLAINTIFF

I, Phillip King, plaintiff-petitioner in the above civil action hereby depose, and based upon his own personal knowledge states the following to be true and accurate:

1. Plaintiff's legal residence is 88 Walnut Avenue in Roxbury, Suffolk County, MA 02119. Plaintiff's Petition for Preliminary Injunctive Relief, ¶1.

2. Plaintiff is currently incarcerated at MCI Shirley Medium in Shirley, Middlesex, MA 01464. Plaintiff's Complaint, ¶1.

3. Plaintiff wrote to defendant on 08-25-03 to request an absentee ballot application. Plaintiff's Complaint, Exhibit A.

4. Defendant's agent, John Donovan, Head Assistant Registrar of Voter Election Commission, responds to plaintiff on 09-03-03, that it appears he is not qualified to register as a voter, since he is a person confined to a correctional facility by reason of a felony conviction, but that his application may be reviewed otherwise. Plaintiff's Complaint, Exhibit B.

5. Plaintiff replies to John Donovan on 09-08-03 to explain his qualifications, in that he was convicted and punished for criminal activity prior to enactment of St. 2001, c. 150, rendering the law violative of ex post facto clauses and implicating a bill of attainder, as far as the plaintiff's eligibility to vote is concerned. Plaintiff's Complaint, Exhibit C.

6. Defendant's agent, Ronald Nelson, Asst. Corp. Counsel, responds to plaintiff on 09-18-03, that plaintiff must forward to the Election Department proof of his incercaration, which is to be evaluated for his eligibility to vote, without which the Department would not act on his request. Plaintiff's Complaint, Exhibit D.

7. Plaintiff replies to Ronald Nelson on 09-21-03 to state that he will comply and encloses a copy of the docket entries in his criminal case as demanded. Plaintiff's Complaint, Exhibit E.

8. Defendant's agent, Wendy Plotkin, Asst. Corp. Counsel, writes to plaintiff on 10-30-03 to inform him that BOSTON cannot provide him with an absentee ballot due to his current incarceration. Plaintiff's Complaint, Exhibit F.

9. Plaintiff, on 11-07-03, files for injunctive and declaratory relief in the Suffolk Superior Court.

10. Defendant, on 01-23-04, removes the civil action to the Federal District Court. Docket No. 04 10155 RWZ.

Signed under the pains and penalties of perjury this 11th day of February 2004, at Shirley, Middlesex, MA 01464.

*Phillip King*
Phillip King, pro se
MCI Shirley Medium
Box 1218
Shirley, MA 01464

NOTARY

SWORN to and subscribed before me this 23rd day of February 2004, at Shirley, Middlesex, MA 01464.

Notary Public [Seal]

My commission expires on 3/7/05.

**FIRST CLASS**

Clerk: Place Stamp here.

BOSTON MA [postmark] — 0.55 — PB METER 6759425

AV 11
From City or Town Clerk or
Election Commissioners of: BOSTON, 02201
                           city or town
Massachusetts
    (zip)

STATE ELECTION BALLOT
PLEASE FORWARD IMMEDIATELY
**RUSH**

12-3-7
PHILLIP S KING
PO BOX 1218
HARVARD RD
SHIRLEY, MA. 01464

01464-1218

F2

Exhibit A







**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CITY OF BOSTON
   CITY HALL
   BOSTON, MA 02201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   Joseph E. McDermott Jr.
   ☐ Agent
   ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7002 2410 0002 5539 8895

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-15

---

U.S. Postal Service™
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.29 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.34 |

Postmark Here

Sent To: City of Boston
Street, Apt. No.; or PO Box No.: City Hall
City, State, ZIP+4: Boston, MA 02201

7002 2410 0002 5539 8895

PS Form 3800, June 2002    See Reverse for Instructions