

# CITY OF BOSTON
# LAW DEPARTMENT

City Hall, Room 615
Boston, MA 02201

THOMAS M. MENINO
*Mayor*

MERITA A. HOPKINS
*Corporation Counsel*

March 18, 2004

*VIA FACSIMILE 617-748-9096*
Lisa Urso, Courtroom Clerk
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, MA 02110

    Re:   *Phillip King v. City Of Boston*
           C.A. No. 04-10156 RWZ

Dear Ms. Urso:

    Pursuant to our telephone conversation today, please consider this a formal request to extend the time for Defendant City of Boston to respond to the Plaintiff's *Motion For Summary Judgment* from Friday, March 19, 2004 to **Friday, March 26, 2004**. This short extension is necessary for the Defendant to adequately respond to the Plaintiff's Motion. The Defendant further states that the Plaintiff is incarcerated and thus could not be conferred with as to a potential Stipulation. Finally, neither party would be prejudiced by the extension.

    Thank you for your assistance and attention to this matter.

                             Sincerely,

                             Stephen G. Cox
                             Assistant Corporation Counsel
                             (617) 635-4064

cc:
Phillip King
W-61064
MCI Shirley Medium
Shirley, MA 01464
*(By Mail)*

TEL.: (617) 635-4034 FAX: (617) 635-3199