UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10156-RWZ

PHILLIP KING

Plaintiff

v.

CITY OF BOSTON

Defendant

## PLAINTIFF'S SETTLEMENT PROPOSAL

In accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, the plaintiff proposes the following settlement:

Upon consideration of the plaintiff, Phillip King, a Registered Voter in the City of Boston, who lawfully and willingly exercised this franchise to vote in all city, state and federal elections since 1988, and who will now stipulate to a dismissal of his complaint against the defendant, City of Boston, provided that Phillip King is maintained on the City of Boston's list of registered voters, but shall not vote with an absentee ballot in said municipality in any city, state and federal elections until such time as he is no longer incarcerated.

Respectfully submitted,

Phillip King, pro se

June 17, 2004

CERTIFICATE OF SERVICE

I certify that I have served a true copy of my Settlement Proposal to defendant's counsel, Merita A. Hopkins, Esq., City of Boston, Rm. 615, City Hall, Boston, MA 02201, via first class mail, postage paid, by depositing same in the institution's mail drop.

*Phillip King pro-se*
Phillip King, pro se

June 16, 2004