UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10156 RWZ

| | |
|---|---|
| PHILIP KING, <br>     Plaintiff, <br> <br> v. <br> <br> CITY OF BOSTON, <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL

Now come the Parties in the above-captioned case and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) to dismiss all counts as they relate to the Defendant City of Boston, with prejudice and without costs, based on the grounds that the parties have agreed to settle this case.

PLAINTIFF, PHILIP KING
PRO SE

_Philip King_ pro se
Philip King
W-61064
MCI Shirley Medium
Shirley, MA 01464

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel
By their attorney:

Wendy S. Plotkin  BBO #647716
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-2902